# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50690

---

Texas State LULAC; Voto Latino,

    *Plaintiffs—Appellees*,

*versus*

Bruce Elfant; Et al.,

    *Defendants*,

*versus*

Lupe C. Torres, *in her official capacity as the Medina County Elections Administrator*; Terrie Pendley, *in her official capacity as the Real County Tax Assessor-Collector*; Ken Paxton, *Texas Attorney General*,

    *Intervenor Defendants—Appellants*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-546

---

Before Elrod, Graves, and Ho, *Circuit Judges*.
Per Curiam:

No. 22-50690

IT IS ORDERED that this appeal is expedited to the October 2022 sitting. The merits panel shall set an appropriate expedited briefing schedule. The temporary administrative stay shall remain in place pending further order of the court.