# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

February 27, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Texas State LULAC, et al.
v. Lupe C. Torres, in Her Official Capacity as the Medina County Elections Administrator, et al.
No. 22-809
(Your No. 22-50690)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 23, 2023 and placed on the docket February 27, 2023 as No. 22-809.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst

